1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

JENNER&BLOCK LLP

November 2, 2026

Brian J. Fischer
212.891.1629
BFischer@jenner.com

Hon. Jeannette A. Vargas
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: ***In re Ex Parte Application of Youngpoong Corporation*** **(1:25-mc-00194-JAV)**

Dear Judge Vargas:

Pursuant to Rule 5(F) of Your Honor's Individual Rules and Practices in Civil Cases, Applicant Youngpoong Corporation respectfully writes to alert the Court that its letter motion to compel, Dkt. 83, has been fully briefed for more than 60 days. Respondent PedalPoint Holdings, LLC filed its letter response in opposition on August 31, 2026. Dkt. 85.

Respectfully Submitted,

/s/ 

Brian J. Fischer